EVAN A. DAVIS (*Admitted Pro Hac Vice*)
CARMINE D. BOCCUZZI JR. (*Admitted Pro Hac Vice*)
LAUREN K. HANDELSMAN (*Pro Hac Vice Application to be Submitted*)
RYAN T. BECKER (*Admitted Pro Hac Vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
E-mail: edavis@cgsh.com
E-mail: cboccuzzi@cgsh.com
E-mail: lhandelsman@cgsh.com
E-mail: rbecker@cgsh.com

STEPHEN E. TAYLOR (SBN 58452)
JAYESH HINES-SHAH (SBN 214256)
JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jhinesshah@tcolaw.com
E-mail: jpatchen@tcolaw.com

Attorneys for Defendants FITCH, INC., FITCH GROUP, INC. and FITCH RATINGS, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>MOODY'S CORP., MOODY'S INVESTORS SERVICE, INC., THE MCGRAW HILL COMPANIES, INC., FITCH, INC., FITCH GROUP, INC., FITCH RATINGS, LTD., and DOES 1 THROUGH 100,<br><br>Defendants. | Case No.: CV-09-03628 (SI)<br><br>**[PROPOSED] ORDER ADMITTING LAUREN K. HANDELSMAN TO APPEAR AS COUNSEL *PRO HAC VICE* ON BEHALF OF DEFENDANTS FITCH, INC., FITCH GROUP, INC. AND FITCH RATINGS LTD.**<br><br>Honorable Susan Illston |

TAYLOR & CO.
LAW OFFICES, LLP

[PROPOSED] ORDER ADMITTING LAUREN K. HANDELSMAN TO APPEAR AS COUNSEL *PRO HAC VICE* ON BEHALF OF DEFENDANTS FITCH, INC., FITCH GROUP, INC. AND FITCH RATINGS, LTD.
CASE NO.: CV-09-03628 (SI)

1 | Based on the application and supporting declaration of Lauren K. Handelsman to appear as
2 | counsel *pro hac vice* on behalf of defendants Fitch, Inc., Fitch Group, Inc. and Fitch Ratings, Ltd.
3 | filed concurrently herewith in this action, and good cause appearing therefore,

4 | IT IS HEREBY ORDERED that Lauren K. Handelsman may appear as counsel *pro hac*
5 | *vice* on behalf of defendants Fitch, Inc., Fitch Group, Inc. and Fitch Ratings, Ltd.

7 | DATED:_____  _____
                                        HONORABLE SUSAN ILLSTON
8 |                                     UNITED STATES DISTRICT COURT JUDGE

1.

[PROPOSED] ORDER ADMITTING LAUREN K. HANDELSMAN TO APPEAR AS COUNSEL *PRO HAC VICE* ON BEHALF OF DEFENDANTS FITCH, INC., FITCH GROUP, INC. AND FITCH RATINGS, LTD.
CASE NO.: CV-09-03628 (SI)

TAYLOR & CO.
LAW OFFICES, LLP