David T. Biderman (SBN 101577)
Farschad Farzan (SBN 215194)
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: FFarzan@perkinscoie.com

Floyd Abrams (*pro hac vice* application submitted)
Dean Ringel (*pro hac vice* application submitted)
Adam Zurofsky (*pro hac vice* application submitted)
**CAHILL GORDON & REINDEL LLP**
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420

Attorneys for Defendant The McGraw-Hill Companies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>MOODY'S CORP., MOODY'S INVESTORS SERVICE, INC., THE MCGRAW-HILL COMPANIES, INC., FITCH, INC., FITCH GROUP, INC., FITCH RATINGS, LTD. AND DOES 1 THROUGH 100,<br><br>　　　　　　Defendants. | No. 09-03628-SI and related Case No. 09-03629-SI<br><br>**JOINT STIPULATION REGARDING SCHEDULING FOR MOTION TO REMAND AND CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Judge: Hon. Susan Illston |

JOINT STIPULATION
No. 09-03628-SI and related Case No. 09-03629-SI

Pursuant to Local Rule 6-1(b), the parties jointly submit this Stipulation.

WHEREAS, on September 4, 2009, Plaintiff California Public Employees' Retirement System ("CalPERS") filed its Motion to Remand for Lack of Subject Matter Jurisdiction ("Motion to Remand");

WHEREAS, the Motion to Remand is scheduled to be heard on October 23, 2009 at 9:00 a.m.;

WHEREAS, Defendants' Moody's Corp., Moody's Investors Service, Inc. (together, "Moody's"), The McGraw-Hill Companies, Inc. ("McGraw-Hill") and Fitch, Inc., Fitch Group, Inc., and Fitch Ratings, Ltd. (together, "Fitch", and collectively with Moody's and McGraw-Hill, the "Defendants") opposition to the Motion to Remand is due on October 2, 2009;

WHEREAS, CalPERS' reply in support of the Motion to Remand is due on October 9, 2009; and

WHEREAS, the Case Management Conference is scheduled for November 13, 2009 at 2:30 p.m.

It is hereby STIPULATED AND AGREED by and between the undersigned counsel for the parties as follows:

(1) The Motion to Remand hearing will be continued from October 23, 2009 to November 13, 2009 at 9:00 a.m.;

(2) Defendants' oppositions to the Motion to Remand will be due on October 19, 2009;

(3) Defendants' oppositions to the Motion to Remand will be served on CalPERS by 12 p.m. Pacific Time on October 19, 2009;

(4) CalPERS' reply in support of the Motion to Remand will be due on October 30, 2009;

(5) Defendants will not oppose CalPERS' request for additional briefing for its reply in support of the Motion to Remand that is proportionate to Defendants' briefing in opposition; and

(6) The Case Management Conference will remain on November 13, 2009.

2

JOINT STIPULATION
No. 09-03628-SI and related Case No. 09-03629-SI

1 | September 30, 2009

2 | Respectfully Submitted,

3 |

4 | _____/s/_____
David T. Biderman (SBN 101577)
Farschad Farzan (SBN 215194)
5 | **PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
6 | San Francisco, CA 94111
Telephone: (415) 344-7000
7 | Facsimile: (415) 344-7050

8 | Floyd Abrams (*pro hac vice* application submitted)
Dean Ringel (*pro hac vice* application submitted)
9 | Adam Zurofsky (*pro hac vice* application submitted)
**CAHILL GORDON & REINDEL LLP**
10 | 80 Pine Street
New York, New York 10005
11 | Telephone: (212) 701-3000
Facsimile: (212) 269-5420
12 |
Attorneys for The McGraw-Hill Companies, Inc.
13 |

14 | _____/s/_____
Keith E. Eggleton (SBN 159842)
15 | David A. McCarthy (SBN 226415)
**WILSON SONSINI GOODRICH & ROSATI**
16 | Professional Corporation
650 Page Mill Road
17 | Palo Alto, CA 94304
Telephone: (650) 493-9300
18 | Facsimile: (650) 565-5100

19 | Joshua M. Rubins (*pro hac vice* application to be submitted)
James J. Coster (*pro hac vice* application to be submitted)
20 | Glenn C. Edwards (*pro hac vice* application to be submitted)
**SATTERLEE STEPHENS BURKE & BURKE LLP**
21 | 230 Park Avenue, 11th Floor
New York, New York 10169
22 | Telephone: (212) 818-9200
Facsimile: (212) 818-9606
23 |
Attorneys for Moody's Corp. and Moody's Investors Service, Inc.

1
2
3
4
5

                /s/
Stephen E. Taylor (SBN 58452)
Jayesh Hines-Shah (SBN 214256)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208

6
7
8
9
10

EVAN A. DAVIS (admitted *pro hac vice*)
CARMINE D. BOCCUZZI JR. (admitted *pro hac vice*)
LAUREN K. HANDELSMAN (admitted *pro hac vice*)
RYAN T. BECKER (admitted *pro hac vice*)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

11
12

Attorneys for Defendants Fitch, Inc., Fitch Group, Inc., and Fitch Ratings, Ltd.

13
14

                /s/

15
16
17
18

Joseph J. Tabacco (SBN 75484)
James Magid (SBN 233043)
**BERMAN DEVALERIO**
425 California Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

19

Attorneys for Plaintiff California Public Employees' Retirement System

20
21
22
23
24
25
26
27
28

4

JOINT STIPULATION
No. 09-03628-SI and related Case No. 09-03629-SI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: OCTOBER ___, 2009

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE