David T. Biderman (SBN 101577)
Farschad Farzan (SBN 215194)
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: FFarzan@perkinscoie.com

Floyd Abrams (*pro hac vice* application to be submitted)
Dean Ringel (*pro hac vice* application to be submitted)
Adam Zurofsky (*pro hac vice* application to be submitted)
**CAHILL GORDON & REINDEL LLP**
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420

Attorneys for Defendant The McGraw-Hill Companies, Inc.

IT IS SO ORDERED
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM,<br><br>Plaintiffs,<br><br>v.<br><br>MOODY'S CORP., MOODY'S INVESTORS SERVICE, INC., THE MCGRAW-HILL COMPANIES, INC., FITCH, INC., FITCH GROUP, INC., FITCH RATINGS, LTD. AND DOES 1 THROUGH 100,<br><br>Defendants. | CASE NO.: 09-03628-SI<br><br>**JOINT STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge: Hon. Susan Illston |

Pursuant to Local Rule 6-1(a), the parties jointly submit this Stipulation.

WHEREAS, on July 9, 2009, Plaintiff California Public Employees' Retirement System ("CalPERS") filed its complaint entitled *California Public Employees' Retirement System v. Moody's Corp. et al.* in the Superior Court for the State of California, San Francisco County. This case was assigned in state court the index number of CGC-09-490241;

WHEREAS, on August 7, 2009, Defendants Moody's Corp., Moody's Investors Service, Inc. (together, "Moody's"), The McGraw-Hill Companies, Inc. ("McGraw-Hill") and Fitch, Inc., Fitch Group, Inc., and Fitch Ratings, Ltd. (together, "Fitch", and collectively with Moody's and McGraw-Hill, the "Defendants") filed a Notice of Removal based on diversity jurisdiction, which was assigned Case No. 09-03628-SI;

WHEREAS, on August 7, 2009, Fitch separately filed a Notice of Removal based on diversity jurisdiction and the Class Action Fairness Act of 2005, which was assigned Case No. 09-03629-JCS;

WHEREAS, Defendants have filed an Administrative Motion to Relate the two removed, identical actions;

WHEREAS, CalPERS intends to file a Motion to Remand the two actions as currently designated Case No. 09-03628-SI and Case No. 09-03629-JCS, or any consolidated action, to the Superior Court of the State of California, County of San Francisco; and

WHEREAS, Defendants intend to oppose CalPERS' Motion to Remand.

It is hereby STIPULATED AND AGREED by and between the undersigned counsel for the parties as follows:

(1) Defendants' time to respond to CalPERS' Complaint in the two actions as currently designated Case No. 09-03628-SI and Case No. 09-03629-JCS, or any consolidated action, shall be extended to forty-five (45) days following the final determination by this Court of CalPERS' Motion to Remand.

| | |
|---|---|
| 1 | August 13, 2009 |
| 2 | Respectfully Submitted, |
| 3 | |
| 4 | _____/s/_____<br>David T. Biderman (SBN 101577)<br>Farschad Farzan (SBN 215194) |
| 5 | **PERKINS COIE LLP**<br>Four Embarcadero Center, Suite 2400 |
| 6 | San Francisco, CA 94111<br>Telephone: (415) 344-7000 |
| 7 | Facsimile: (415) 344-7050 |
| 8 | Floyd Abrams (*pro hac vice* application to be submitted)<br>Dean Ringel (*pro hac vice* application to be submitted) |
| 9 | Adam Zurofsky (*pro hac vice* application to be submitted)<br>**CAHILL GORDON & REINDEL LLP** |
| 10 | 80 Pine Street<br>New York, New York 10005 |
| 11 | Telephone: (212) 701-3000<br>Facsimile: (212) 269-5420 |
| 12 | |
| 13 | Attorneys for The McGraw-Hill Companies, Inc. |
| 14 | _____/s/_____ |
| 15 | Keith E. Eggleton (SBN 159842)<br>David A. McCarthy (SBN 226415) |
| 16 | **WILSON SONSINI GOODRICH & ROSATI**<br>Professional Corporation |
| 17 | 650 Page Mill Road<br>Palo Alto, CA 94304 |
| 18 | Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100 |
| 19 | Joshua M. Rubins (*pro hac vice* application to be submitted) |
| 20 | James J. Coster (*pro hac vice* application to be submitted)<br>Glenn C. Edwards (*pro hac vice* application to be submitted) |
| 21 | **SATTERLEE STEPHENS BURKE & BURKE LLP**<br>230 Park Avenue, 11th Floor |
| 22 | New York, New York 10169<br>Telephone: (212) 818-9200 |
| 23 | Facsimile: (212) 818-9606 |
| 24 | Attorneys for Moody's Corp. and Moody's Investors Service, Inc. |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

3

JOINT STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No. 09-03628-SI

|   |   |
|---|---|
| 1 | /s/ |
| 2 | Stephen E. Taylor (SBN 58452)<br>Jayesh Hines-Shah (SBN 214256)<br>Jonathan A. Patchen (SBN 237346) |
| 3 | **TAYLOR & COMPANY LAW OFFICES, LLP**<br>One Ferry Building, Suite 355 |
| 4 | San Francisco, California  94111<br>Telephone:  (415) 788-8200 |
| 5 | Facsimile:  (415) 788-8208 |
| 6 | Attorneys for Defendants Fitch, Inc., Fitch Group, Inc., and Fitch |
| 7 | Ratings, Ltd. |

Stephen E. Taylor (SBN 58452)
Jayesh Hines-Shah (SBN 214256)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208

Attorneys for Defendants Fitch, Inc., Fitch Group, Inc., and Fitch Ratings, Ltd.


/s/
Joseph J. Tabacco (SBN 75484)
James Magid (SBN 233043)
**BERMAN DEVALERIO**
425 California Street, Suite 2100
San Francisco, California  94104
Telephone:  (415) 433-3200
Facsimile:  (415) 433-6382

Attorneys for Plaintiff California Public Employees' Retirement System

4
JOINT STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No. 09-03628-SI