ORIGINAL

DENIED
Judge Susan Illston

FILED
09 NOV -9 PM 3: 37

DENIED AS MOOT

1  Joseph J. Tabacco, Jr. (75484)
   Email: jtabacco@bermandevalerio.com
2  James Magid (233043)
   Email: jmagid@bermandevalerio.com
3  **BERMAN DeVALERIO**
   425 California Street, Suite 2100
4  San Francisco, CA 94104
   Telephone: (415) 433-3200
5  Facsimile: (415) 433-6382

6  *Attorneys for Plaintiff California Public
   Employees' Retirement System*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, | Case No. CV 09 3628 SI |
| Plaintiff, | **APPLICATION FOR ADMISSION OF TODD A. SEAVER AS ATTORNEY *PRO HAC VICE*** |
| v. | |
| MOODY'S CORP., MOODY'S INVESTORS SERVICE, INC., THE MCGRAW-HILL COMPANIES, INC., FITCH, INC., FITCH GROUP, INC., FITCH RATINGS, LTD. AND DOES 1 THROUGH 100, | |
| Defendants. | |

[No. CV 09-3628 SI] APPLICATION FOR ADMIS. OF TODD A. SEAVER AS ATT'Y *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Todd A. Seaver, an active member in good standing of the bars of the Commonwealth of Massachusetts and New Hampshire, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing proposed co-lead plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and phone number of that attorney is:

>   Joseph J. Tabacco, Jr. (SBN 75484)
>   **BERMAN DeVALERIO**
>   425 California Street, Suite 2100
>   San Francisco, CA 94104
>   Telephone: (415) 433-3200
>   Facsimile: (415) 433-6382

I declare under penalty of perjury pursuant to federal law and the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California, on November 6, 2009.

_____
Todd A. Seaver

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611038786
Cashier ID: bucklem
Transaction Date: 11/09/2009
Payer Name: BERMAN DEVALERIO PEASE AND

PRO HAC VICE
 For: todd a seaver
 Case/Party: D-CAN-3-09-AT-PROHAC-001
 Amount:       $210.00
------------------------------------
CHECK
 Check/Money Order Num: 10491
 Amt Tendered:  $210.00
------------------------------------
Total Due:     $210.00
Total Tendered: $210.00
Change Amt:    $0.00

c09-3628si


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

**ORIGINAL**

RECEIVED
09 NOV -9 PM 3:37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Joseph J. Tabacco, Jr. (75484)
Email: jtabacco@bermandevalerio.com
James Magid (233043)
Email: jmagid@bermandevalerio.com
**BERMAN DeVALERIO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Attorneys for Plaintiff California Public Employees' Retirement System*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>MOODY'S CORP., MOODY'S INVESTORS SERVICE, INC., THE MCGRAW-HILL COMPANIES, INC., FITCH, INC., FITCH GROUP, INC., FITCH RATINGS, LTD. AND DOES 1 THROUGH 100,<br><br>Defendants. | Case No. CV 09 3628 SI<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF TODD A. SEAVER AS ATTORNEY *PRO HAC VICE*** |

[No. CV 09-3628 SI] [Proposed] Order Granting Application for Admis. of Todd A. Seaver as Att'y *Pro Hac Vice*

1     Todd A. Seaver, an active member in good standing of the bars of the Commonwealth of

2 Massachusetts and New Hampshire, whose business address and telephone number is:

3
    Todd A. Seaver
    **BERMAN DeVALERIO**
4
    425 California Street, Suite 2100
5     San Francisco, CA 94104
    Telephone: (415) 433-3200
6     Facsimile: (415) 433-6382

7 having applied in the above-entitled action for admission to practice in the Northern District of

8 California on a *pro hac vice* basis, representing plaintiff,

9     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

10 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

11 *vice*. Service of papers upon and communication with co-counsel designated in the application

12 will constitute notice to the party. All future filings in this action are subject to the requirements

13 contained in General Order No. 45, Electronic Case Filing.

DATED: _____      _____

    HONORABLE SUSAN ILLSTON
    UNITED STATES DISTRICT COURT JUDGE

[No. CV 09 3628 SI] [PROPOSED] ORDER GRANTING APPLICATION FOR ADMIS. OF TODD A.
SEAVER AS ATT'Y *PRO HAC VICE*      1